AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Jerry T. Jones,

    Plaintiff,

V.

American Airline, Inc.

    Defendant.

CASE NUMBER: **07 C 7117**

ASSIGNED JUDGE: **JUDGE CONLON**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

American Airlines, Inc
c/o C.T. Corporation System
208 S. LaSalle St.
Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey L. Taren
Kinoy, Taren & Geraghty, P.C.
224 S. Michigan Avenue
Suite 300
Chicago, IL 60604-2536

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

December 19, 2007
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Dec 26, 2007 |
| NAME OF SERVER *(PRINT)* Rita A. Page | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served C.T. Corporation System, Registered Agent for American Airlines, Inc., at 208 So. LaSalle Suite 800, Chicago, IL 60604

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Dec 26, 2007        *Rita A. Page*
　　　　　　Date　　　　　　　　　Signature of Server

FILED

DEC 26 2007 PH
Dec 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.