IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY T. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 07 C 7117 |
| | ) | Judge Suzanne B. Conlon |
| AMERICAN AIRLINES, INC., | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT AMERICAN AIRLINES INC.'S LOCAL RULE 3.2 DISCLOSURE

Defendant, American Airlines, Inc. ("American"), by and through its attorneys, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

The parent corporation of American is AMR Corporation ("AMR"), a publicly held corporation. AMR owns 100% of American's stock and has no stockholders that are publicly held companies that own 10% or more of its stock.

Respectfully submitted,

AMERICAN AIRLINES, INC.

    /s/ Tiana F. Nell
One of Its Attorneys

Cheryl Tama Oblander
Tiana F. Nell
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois  60601
Tel:  (312) 558-5600
Fax:  (312) 558-5700
ctama@winston.com
tnell@winston.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of January, 2008, I caused a copy of the foregoing to be served on counsel for Plaintiff through the Court's electronic filing system:

>Jeffrey L. Taren
>Kinoy, Taren & Geraghty P.C.
>224 S. Michigan Ave. #300
>Chicago, IL 60604

          /s/ Tiana F. Nell