IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY T. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 07 C 7117 |
| | ) | Judge Suzanne B. Conlon |
| AMERICAN AIRLINES, INC., | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant American Airlines, Inc. ("American"), by and through its attorneys, hereby moves this Court for an extension of time within which to answer or otherwise plead in response to Plaintiff's Complaint. American requests an additional thirty (30) days to prepare its response. In support of this motion, American states as follows:

1. On December 19, 2007, Plaintiff Jerry T. Jones ("Plaintiff") filed a Complaint with this Court against American. On December 26, 2007, the Complaint was served on American's registered agent. In accordance with the rules, American's answer or other responsive pleading is due on January 15, 2008.

2. American is investigating the allegations contained in the Complaint so that it can properly respond.

3. On Monday, January 7, 2008, counsel for American spoke with counsel for Plaintiff, who stated that he did not oppose this motion.

4. American is acting in good faith by requesting this extension and does not believe that it will unduly delay this litigation. Further, the parties will not be prejudiced if such an extension is granted.

WHEREFORE, for the foregoing reasons, American respectfully requests that this Court enter an order granting it leave to answer or otherwise respond to Plaintiff's Complaint on or before February 14, 2008.

Dated: January 10, 2008     Respectfully submitted,

AMERICAN AIRLINES, INC.


By: _____/s/ Tiana F. Nell_____
         One of Its Attorneys


Cheryl Tama Oblander
Tiana F. Nell
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois  60601
Tel:  (312) 558-5600
Fax:  (312) 558-5700
ctama@winston.com
tnell@winston.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of January, 2008, I caused a copy of the foregoing to be served on counsel for Plaintiff through the Court's electronic filing system:

>Jeffrey L. Taren
>Kinoy, Taren & Geraghty P.C.
>224 S. Michigan Ave. #300
>Chicago, IL 60604

                                                /s/ Tiana F. Nell