IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY T. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 07 C 7117 |
| | ) | Judge Suzanne B. Conlon |
| AMERICAN AIRLINES, INC., | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:

    Jeffrey L. Taren
    Kinoy, Taren & Geraghty P.C.
    224 S. Michigan Ave. #300
    Chicago, IL 60604

    PLEASE TAKE NOTICE THAT on Tuesday, January 15, 2008 at 9:00 a.m., we shall appear before the Honorable Judge Suzanne B. Conlon, Room 1746 of the Dirksen Federal Building, 219 South Dearborn, Chicago Illinois 60604 and then and there shall present DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is attached and hereby served on you.

Dated: January 10, 2008        Respectfully submitted,

                                AMERICAN AIRLINES, INC.

                                By: _____/s/ Tiana F. Nell_____
                                      One of Its Attorneys

Cheryl Tama Oblander
Tiana F. Nell
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
ctama@winston.com
tnell@winston.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of January, 2008, I caused a copy of the foregoing to be served on counsel for Plaintiff through the Court's electronic filing system:

>Jeffrey L. Taren
>Kinoy, Taren & Geraghty P.C.
>224 S. Michigan Ave. #300
>Chicago, IL 60604

                                                _____/s/ Tiana F. Nell_____