Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7117 | DATE | 1/2/2008 |
| CASE TITLE | JERRY T. JONES vs. AMERICAN AIRLINES, INC. | | |

**DOCKET ENTRY TEXT**

Plaintiff's complaint and application to proceed in forma pauperis is granted. Initial status hearing is set on 1/30/08, @ 9:00 am.

*Suzanne B. Conlon*

Docketing to mail notices.

| | Courtroom Deputy Initials: | WH |
|---|---|---|