# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7117 | **DATE** | 1/15/2008 |
| **CASE TITLE** | JONES vs. AMERICAN AIRLINES., INC | | |

**DOCKET ENTRY TEXT**

Defendant's unopposed motion [9] for an extension of time to answer or otherwise plead to 2/14/08 is granted. Status hearing set on 1/30/08 @ 9:00 a.m. stands.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|