IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY T. JONES, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>AMERICAN AIRLINES, INC., )<br>)<br>)<br>    Defendant. ) | Cause No. 07 C 7117<br>Judge Suzanne B. Conlon<br>Magistrate Judge Martin C. Ashman |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant American Airlines, Inc. ("American"), by and through its attorneys, hereby moves this Court for an extension of time within which to answer or otherwise plead in response to Plaintiff's Complaint. American requests an additional fourteen (14) days to prepare its response. In support of this motion, American states as follows:

1. On December 19, 2007, Plaintiff Jerry T. Jones ("Plaintiff") filed a Complaint with this Court against American. On December 26, 2007, the Complaint was served on American's registered agent.

2. On January 15, 2008, the Court entered an order setting February 14, 2008 as the deadline by which American must answer or otherwise plead.

3. On January 30, 2008, the parties appeared and informed the Court that they were in settlement negotiations. The Court set a status for the parties to report on settlement for February 28, 2008.

4. The parties are in settlement discussions and are working to finalize the details at this time. As such, the parties agree that American should not expend the resources to

file an Answer to the Complaint at this time, and Plaintiff seeks an extension until February 28, 2008 to answer or otherwise plead, in anticipation that the matter may be fully settled by that time.

5. On Thursday, February 7, 2008, counsel for American spoke with counsel for Plaintiff, who stated that he did not oppose this motion.

6. American is acting in good faith by requesting this extension and does not believe that it will unduly delay this litigation. Further, the parties will not be prejudiced if such an extension is granted.

WHEREFORE, for the foregoing reasons, American respectfully requests that this Court enter an order granting it leave to answer or otherwise respond to Plaintiff's Complaint on or before February 28, 2008.


Dated: February 8, 2008             Respectfully submitted,

                                    AMERICAN AIRLINES, INC.


                                    By: _____/s/ Tiana F. Nell_____
                                           One of Its Attorneys


Cheryl Tama Oblander
Tiana F. Nell
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois  60601
Tel:  (312) 558-5600
Fax:  (312) 558-5700
ctama@winston.com
tnell@winston.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of February, 2008, I caused a copy of the foregoing to be served on counsel for Plaintiff through the Court's electronic filing system:

>Jeffrey L. Taren
>Kinoy, Taren & Geraghty P.C.
>224 S. Michigan Ave. #300
>Chicago, IL 60604

                                                                        /s/ Tiana F. Nell