Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7117 | **DATE** | 2/11/2008 |
| **CASE TITLE** | JERRY T. JONES vs. AMERICAN AIRLINES, INC. | | |

**DOCKET ENTRY TEXT**

Defendant's unopposed motion [16] for an extension of time to answer or otherwise plead to plaintiff's complaint on or before February 28, 2008 is granted. Status hearing set on February 28, 2008 at 9:00 a.m. stands.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|