IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| JERRY T. JONES | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 07 C 7117 |
| | ) | | |
| AMERICAN AIRLINES, INC., | ) | Judge Susan B. Conlon | |
| Defendant. | ) | | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

NOW Comes the Plaintiff, by his attorney, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses the within action with prejudice and without costs, all matters between the parties having been resolved.

Respectfully submitted,

**/s Jeffrey L. Taren**
Kinoy, Taren & Geraghty P.C.
224 S. Michigan Ave. #300
Chicago, IL 60604
(312) 663-5210
ktgtaren@aol.co,
Illinois Bar #2796821

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2008 , I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Cheryl Tama Oblander        ctama@winston.com

**/s Jeffrey L. Taren**