## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7117 | **DATE** | 2/27/08 |
| **CASE TITLE** | JERRY T. JONES vs. AMERICAN AIRLINES, INC. | | |

**DOCKET ENTRY TEXT**

Plaintiff reports the case has settled. The case is dismissed pursuant to the settlement agreement. Status hearing set on February 28, 2008 is vacated.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|